UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Brian Whitaker,**  ) Case No. 4:21-cv-07094-JSW
    Plaintiff,  )
    v.  ) ~~ORDER~~
    ) JUDGMENT
**Khaled S. Hegazy,**  )
    Defendants.  )

GOOD CAUSE SHOWN, and pursuant to the agreement of the parties, Judgment is entered in favor of Plaintiff and against Defendant **Khaled S. Hegazy** in the amount of $12000.

Date: October 24, 2022

_____
HON. JEFFREY S. WHITE
US DISTRICT JUDGE

1

~~Proposed~~ ORDER      4:21-cv-07094-JSW